IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

FEB 13 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:18-cr-69 |
| | ) | |
| COURTNEY DETRON CLOMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT ORDER OF FORFEITURE

BASED UPON the defendant's plea agreement with the United States, and FINDING that the requisite nexus exists between the property listed below, in which the defendant has an interest, and the offense(s) to which the defendant has pled guilty, IT IS HEREBY ORDERED pursuant to Federal Rule of Criminal Procedure 32.2 that:

1. The following property is forfeited to the United States pursuant to 18 USC § 981(a)(1)(C) and 28 USC § 2461:
   **A sum of money in the amount of $40,195 which represents the proceeds of the offense obtained by the defendant and which sum shall constitute a monetary judgment against the defendant in favor of the United States.**

2. As a result of the acts and omissions by the defendant, the defendant agrees that and Court finds that one or more of the criteria set forth in 21 U.S.C. §853(p)(1) are present here and the United States may seek forfeiture of any other property of the defendant up to the amount set out above pursuant to § 853(p).

3. This forfeiture order shall be included in the judgment in this case pursuant to Fed. R. Crim. P. 32.2(b)(4). The defendant agrees not to file or interpose any claim to the property listed herein, in whole or in part, in any proceedings or manner whatsoever.

4. The defendant hereby waives the requirements of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2, and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment, and consents to the entry of this order.

5. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States is hereby authorized to conduct any appropriate discovery for the purpose of identifying, locating, or disposing of property subject to forfeiture.

Dated this 13th day of Feb., 2019.

/s/ _____
Mark S. Davis
Chief Judge

UNITED STATES DISTRICT JUDGE

I ask for this:
G. Zachary Terwilliger
United States Attorney

By: _/s/_

    David A Layne
    Assistant United States Attorney
    United States Attorney Office
    Attorney for the United States
    101 West Main Street, Suite 8000
    Norfolk, Virginia 23510
    Office Number: (757) 441-6331
    Facsimile Number: (757) 441-6689
    Email Address: david.layne@usdoj.gov

Seen and Agreed
Courtney Detron Cloman
Defendant

By: _[signature]_
By: _[signature]_

    Courtney Detron Cloman    Jeffrey A. Swartz
                                           Counsel for Defendant
                                           Swartz, Taliaferro, Swartz & Goodove, P.C.
                                           220 West Freemason St
                                           Norfolk, VA 23510
                                           Office Number: (757) 275-5000
                                           Facsimile Number: (757) 626-1003
                                           Email Address: jswartz@stsg-law.com

2