APR 17 2019

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. <u>Courtney Detron Cloman</u>                    Criminal No. <u>2:18CR69</u>

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modifications of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall pay restitution at a rate of not less than $200 per month, commencing April 7, 2019.

Witness: _____          Signed: _____
U.S. Probation Officer                                    (Probationer or Supervised Releasee

                                                          _____4/15/19_____
                                                          Date

                                            Respectfully,

### ORDER OF COURT

Considered and ordered this _16th_ day of          _____
_April_, 20_19_ and ordered filed and made a          U.S. Probation Officer
part of the records in the above case.

**Mark S. Davis**                                   Place ___Norfolk, Virginia_____
**Chief Judge**
                                                    Date ___4/15/19_____
_____
**Chief United States District Judge**